■ The People of the State of New York, Respondent, v Jermaine Holland, Appellant. [664 NYS2d 939] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Egitto, J.), imposed October 11, 1995.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see, People v Rolon,* 220 AD2d 543). We have examined the defendant's contention that the sentence was excessive and find it to be without merit (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., Bracken, O'Brien, Pizzuto and Florio, JJ., concur.